**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JONATHAN KAMENS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CAMBRIDGE MOTOR CAR COMPANY, LLC d/b/a CAMBRIDGE HONDA,<br><br>*Defendant.* | C.A. NO. 1:26-CV-14363 |

# NOTICE OF APPEARANCE

Please enter my appearance on behalf of the defendant Cambridge Motor Car Company, LLC d/b/a Cambridge Honda.

Respectfully submitted,

CAMBRIDGE MOTOR CAR COMPANY, LLC d/b/a CAMBRIDGE HONDA,

By its attorney,

*/s/ James F. Radke*

James F. Radke, BBO #667299
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617.457.4000
jradke@harrisbeachmurtha.com

DATED: October 19, 2026

**CERTIFICATE OF SERVICE**

I, James F. Radke, do hereby certify that on October 19, 2026, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ James F. Radke*
James F. Radke