**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JONATHAN KAMENS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CAMBRIDGE MOTOR CAR COMPANY, LLC d/b/a CAMBRIDGE HONDA,<br><br>*Defendant.* | C.A. NO. 1:26-CV-14363 |

**ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**

Defendant Cambridge Motor Car Company, LLC d/b/a Cambridge Honda ("Cambridge Honda") hereby moves to extend the deadline by which it must answer or otherwise respond to Plaintiff Jonathan Kamens' Complaint by thirty (30) days, from October 19, 2026 to November 18, 2026. This is the first request for an extension of the responsive pleading deadline made by Cambridge Honda. The parties have conferred, and Plaintiff's counsel has indicated that Plaintiff assents to this Motion.

As grounds for this Motion, Cambridge Honda states that it is in the process of investigating the allegations in Plaintiff's Complaint, which are complex and purport to be made on a class-wide basis. Cambridge Honda expects that the requested extension of time will allow it sufficient time to complete its initial investigation and for the parties to discuss whether an early resolution of this matter is possible.

In addition, the Court has not yet entered a scheduling order in the case and the requested extension should have a minimal impact on the overall case schedule.

Cambridge Honda therefore requests that the Court extend the responsive pleading deadline as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Respond to Plaintiff's Complaint | October 19, 2026 | November 18, 2026 |

The parties agree that the filing of this Motion by Cambridge Honda shall not be deemed to confer jurisdiction on the Court or as a waiver of any of the rights or defenses of Cambridge Honda, all of which are reserved.

WHEREFORE, Defendant Cambridge Motor Car Company, LLC requests that the Court ALLOW its Motion and extend the deadline to file a responsive pleading until November 18, 2026.

Respectfully submitted,

CAMBRIDGE MOTOR CAR COMPANY, LLC d/b/a CAMBRIDGE HONDA,

By its attorney

*/s/ James F. Radke*

James F. Radke, BBO #667299
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617.457.4000
jradke@harrisbeachmurtha.com

DATED: October 19 2026

**CERTIFICATE OF SERVICE**

I, James F. Radke, do hereby certify that on October 19, 2026, I filed this document through the ECF system which will send the document electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ James F. Radke*
James F. Radke